UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ROY THEODORE WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:12-CV-065 |
| v. | ) | (VARLAN/GUYTON) |
| | ) | |
| CITIMORTGAGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

This case came before the undersigned on February 20, 2014, for a telephonic discovery conference pursuant to the Scheduling Order. Counsel for the Plaintiff acknowledged that Plaintiff has not made initial disclosures despite the parties' discovery plan stating that initial disclosures would be provided on or before October 26, 2012. Counsel for Plaintiff further acknowledged that Plaintiff has not responded to Defendants' First Set of Interrogatories and Requests for Production, which was served on Plaintiff on September 20, 2013. Counsel for the Plaintiff stated that Plaintiff would provide his initial disclosures, with any supporting documentation, to the Defendant and respond to the First Set of Interrogatories and Requests for Production on or before March 7, 2014. Counsel for the Defendant agreed to this course.

Accordingly, Plaintiff is **ORDERED** to provide his initial disclosures, with any supporting documentation, to the Defendant and respond to the First Set of Interrogatories and Requests for Production on or before **March 7, 2014.** Plaintiff is **ADMONISHED** that failure to comply with this deadline may result in imposition of sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure. This matter is set for trial on October 21, 2014, and the parties

are **ADMONISHED** to work diligently to prepare this matter for trial.  Given the age of this

case, it is unlikely to be continued.

**IT IS SO ORDERED**.

ENTER:

_____s/ H. Bruce Guyton_____
United States Magistrate Judge